# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY E. WANNER, | : | **CIVIL NO: 1:16-CV-00389** |
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| GRANT SHOOK, | : | |
| Defendant. | : | |

## ORDER
January 29, 2018

Upon consideration of Defendant's motion for summary judgment, and for the reasons set forth in the accompany memorandum (*doc. 32*), **IT IS HEREBY ORDERED** that said motion (*doc. 23*) is **DENIED**. Counts I and II of the complaint are **WITHDRAWN**, and Count III of the complaint is **DISMISSED** without prejudice to Plaintiff seeking relief in an appropriate state court.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge
